# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2020 ND 103

Tracey Decker,                                                                          Appellant

     v.

ND Workforce Safety and Insurance,                                          Appellee

     and

Calfrac Well Services Corp.,                                                  Respondent

No. 20200014

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Benjamen J. Johnson, Judge.

AFFIRMED.

Per Curiam.

Stephen D. Little, Bismarck, ND, for appellant; submitted on brief.

Douglas W. Gigler, Special Assistant Attorney General, Fargo, ND, for appellee; submitted on brief.

**Per Curiam.**

[¶1] Tracey Decker appeals from a district court judgment affirming an administrative law judge's decision that affirmed a WSI order denying further workers' compensation benefits. Decker argues the greater weight of the evidence establishes his April 17, 2015, work incident is a substantial contributing factor regarding his current lumbar back condition. We summarily affirm under N.D.R.App.P. 35.1(a)(5).

[¶2]    Jon J. Jensen, C.J.
        Daniel J. Crothers
        Gerald W. VandeWalle
        Jerod E. Tufte
        Lisa Fair McEvers